IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

NINA RULOPH and
JOHN RULOPH                                                                                    PLAINTIFFS

v.                                      No. 2:17-CV-02155

DEBORAH HORN                                                                                    DEFENDANT

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' joint motion to dismiss with prejudice. (Doc. 10). The motion represents that the matter has settled, and the parties are in agreement that it should be dismissed.

IT IS THEREFORE ORDERED that the parties' joint motion (Doc. 10) is GRANTED, and this matter is DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees.

IT IS SO ORDERED this 12th day of February, 2018.

/s/ P. K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE

1